UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CASANDRA EVANS

    Plaintiff,

V.                                                    CIVIL ACTION NO

PLAZA RECOVERY, INC.
D/B/A ACB RECOVERY

Defendant.                                      JUNE 4, 2012

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; Md. Ann. Code <u>Commercial Law</u> Maryland Consumer Debt Collection Act. § 14-204 et seq. ("MCDCA"); and the Md. Ann. Code <u>Commercial Law</u> Consumer Practices Act § 13-301 et seq.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in Capitol Heights, MD.

4. Plaintiff is a consumer within the FDCPA.

5. At all times material hereto, Defendant PLAZA RECOVERY, INC., D/B/A ACB Recovery was a foreign corporation, doing business with a principal office located at 5800 NORTH COURSE DRIVE, HOUSTON, TX 77072.

6. Defendant is a collector within the MCDCA.

7. Defendant is a foreign corporation engaged in the business of collecting debts in the State of Maryland with a principal place of business located 5800 NORTH COURSE DRIVE, HOUSTON, TX 77072. The principal purpose of Defendant business is the collection of debts and Defendant regularly attempts to collect debts alleged to be due another.

8. Defendant communicated with Plaintiff or others on or after one year before the date of this action, in connection with collection efforts with regard to Plaintiff's disputed personal debt allegedly owed to DSNB Federated Retail Holdings

**Factual Allegations**

9. For an extended period of time, Defendant acted as a collection agency without the proper Maryland collection agency license.

10. In the course of collecting consumer debts for the various creditors , Defendant regularly collected or attempted to collect monies from consumers for delinquent consumer credit accounts,

11. On or about December 8, 2011, Defendant sent or caused to be sent to Ms. Evans written correspondence, known more commonly in the collection industry

as a "dunning letter," for the purpose of collecting monies for a delinquent account purportedly owed by Ms. Evans to DSNB Federated Retail Holdings. (Initial Collection Communication").

12. A true and correct copy of the Initial Collection Communication is attached hereto and incorporated by reference as Exhibit "1."

13. By information and belief, for an extended period of time prior to the filing of this instant action, Defendant's have maintained a practice and pattern of transmitting or causing to be transmitted dunning letters in the form of the Initial Collection Communication to consumers such as Ms. Evans for various defaulted consumers debts in the State of Maryland, without proper licensure with the Maryland department of financial regulation and license pursuant to Maryland Code Annotated, Business Regulations § 7-101 et seq.

**Allegations of Law**

14. At all times material hereto, Ms. Evans was a "consumer" as said term is defined under §1692a (3).

15. At all times material hereto, DSNB Federated Retail Holdings and other creditors represented by Defendant's were "creditors" as said term is defined under §1692a (4).

16. At all times material hereto, the amount alleged by DSNB Federated Retail Holdings represented by Defendant's were a "debt" as said term is defined under §1692a (5).

17. At all times material hereto, Defendant's were "debt collectors" as said term is defined under §1692a (6).

18. With Respect to the attempt by Defendant to collect a debt in the State of Maryland without a collection agency license, the conduct of the Defendant's violated the FDCPA, including but not limited to:

a. the use of false representation, deceptive or misleading representation or means to collect or attempt to collect a debt in violation of 15 U.S.C. §1692e, e(2)

b. the use of unfair or unconscionable means to collect or attempt to collect a debt in violation of 15 U.S.C. §1692f.

19. As a result of Defendant's conduct, Plaintiff is entitled to an award of actual and statutory damages pursuant to 15 U.S.C. §1692k.

20. Plaintiff is entitled to an award of costs and attorneys fees pursuant to 15 U.S.C. §1692k.

**WHEREFORE** Plaintiff, an individual, request judgment be entered in her favor and against Defendant for:

1. Award Plaintiff Actual and Statutory damages pursuant to the FDCPA;

2. Award Plaintiff Actual Damages pursuant to MDCDCA;.

3. Award the Plaintiff costs of suit and a reasonable attorney's fee pursuant to §1692k; and

4. Award such other and further relief as this Court may see fit.

## DEMAND FOR JURY TRIAL

Plaintiff, pursuant to Rule 38(b), Federal Rules of Civil Procedure, demands a trial by jury of all issues so triable.

THE PLAINTIFF<br>
BY/S/Michael W. Kennedy<br>
Michael W. Kennedy, Esquire<br>
The Kennedy Law Firm<br>
P.O. Box 657<br>
Edgewater, MD 21037<br>
Ph  (443) 607-8901<br>
Fax (443) 440-6372<br>
Fed. Bar # MD29935<br>
email.kennedy@yahoo.com

PO Box 177
Cincinnati, OH 45201-0177


RECOVERY

December 8, 2011

Phone Number: (859) 261-8745
Toll Free: (800) 899-8745

MS6193-01    001056    /360 11374392 / 0005

Cassandr Evans
708 Capitol Heights Blvd
Capitol Heights, MD 20743-2903

**Past Due Balance**

RE:  DSNB FEDERATED RETAIL HOLDINGS         41437664453              $1,907.40

The balance due as of the date of this letter is $1,907.40.
This account has been listed with our office for collection.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THE DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.**

Sincerely,

Please call CALL 1-888-861-4702.

---

*** Detach and Return with Payment***

Please select payment method:

Check one:  ☐ Visa Debit    ☐ MasterCard Debit    ☐ Check (check should be made payable to Citibank)

Card Number:  ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐    Expiration Date: ☐☐ ☐☐

Payment Amount: _____

Signature: _____

Account Name: Cassandr Evans
Account #: MS6193
Amount: $1,907.40

PO Box 177
Cincinnati, OH 45201-0177

A6001A/R 1.0