UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CASANDRA EVANS

    Plaintiff,

V.                                           CIVIL ACTION NO
                                             8:12-CV-01643-AW

PLAZA RECOVERY, INC.
D/B/A ACB RECOVERY

Defendant.                                   OCTOBER 11, 2012

## NOTICE OF DISSMISSAL

The plaintiff through her attorney Michael W. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                    THE PLAINTIFF

                    BY/S/Michael W. Kennedy
                    Michael W. Kennedy, Esquire
                    The Kennedy Law Firm
                    1204 Main Street, Suite 176
                    Branford, CT 06405
                    203-481-4040
                    Fax: 443-440-6372
                    Email: mwk550@yahoo.com

## *CERTIFICATION*

I hereby certify that on 10/11/12 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Michael W. Kennedy